UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-2013-JFW(JCx)**                                        Date: March 2, 2020

Title:   Yong Koo -v- Julie Lee, et al.

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Daisy Rojas                                    None Present
   Courtroom Deputy                               Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                             None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

  Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on September 4, 2019, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by February 28, 2020. Plaintiff Yong Koo ("Plaintiff") has violated the Court's Order by failing to file *any* of the required Pre-Trial Documents.

  As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for March 13, 2020, the hearing on motions in limine scheduled for March 20, 2020, and the trial scheduled for March 31, 2020 are hereby **VACATED**.

  IT IS SO ORDERED.